# EXHIBIT "A"



Montgomery County Office
2617 Huntingdon Pike
Huntingdon Valley, PA
19006-5125
(215) 887-0200

Bucks County Office
140 East Butler Avenue
Chalfont, PA 18914

(215) 822-5600
www.sogtlaw.com

November 17, 2025

**_VIA FIRST CLASS, U.S. MAIL and CERTIFIED MAIL (RRR)_**

Netflix, Inc. Legal Department
100 Winchester Circle
Los Gatos, CA 95032

**RE:    Demand for Removal of Content from *Untold: The Fall of Favre* and Notice of Legal Claims**

Dear Netflix Legal Department:

    I represent Kristen Giura (formerly Kristen Schimpf) in connection with the recent Netflix documentary *Untold: The Fall of Favre* ("*Untold*"). This letter serves as both a formal demand and a preservation notice regarding the harm caused to Ms. Giura by the documentary and to ensure the preservation of all relevant evidence.

    Giura appears at approximately 41 minutes and 2 seconds in *Untold*. In the video portion that is featured -- which was derived from 2010 footage at a Giants Stadium parking lot taken by a local New York City news crew of members of the public for a story concerning Bret Favre's texting scandal when he was with the New York Jets -- Giura made the following statements concerning the Bret Favre/Jenn Sterger text exchanges: "It can go both ways. If she [Sterger] knows that he has a wife and she's doing it anyway. It's really…both are wrong."

    While Ms. Giura does not deny making the above statements in an interview that took place more than 15 years ago, the documentary takes her comments out of context, truncating a longer interview that addressed broader social issues. The selective editing portrays Giura as a Favre sympathizer and a female counterpoint to Jenn Sterger, which is a misrepresentation of Giura's views that has depicted her in a false light.

    This portrayal has caused significant harm to Giura's personal and professional reputation. Today, as a well-respected health care administrator, she has faced confrontations from colleagues and others who recognized her in the documentary. Additionally, she believes this depiction has directly impacted her career, including being passed over for a promotion.

SAMUEL B. FINEMAN
Phone:  215-887-6641 . Fax:  267-622-6346 . Email: sfineman@sogtlaw.com

Netflix Demand
November 17, 2025
Page 2 of 2

      As a result, we demand that Netflix take immediate steps to address this harm, including but not limited to:

•    Removing Giura's "interview" from the documentary and compensating Giura for damages.

      Please respond to this demand within ten (10) days from the date of this letter. Failure to do so will leave us no choice but to pursue all available legal remedies.

      In addition, this letter serves as a formal notice to preserve all evidence related to the production, editing, and distribution of *Untold*, including but not limited to:

•    All raw footage of Giura's interview, including the source video.

•    Communications, notes, and documents related to the decision to include Giura's comments in the documentary.

•    Internal communications regarding the editing and portrayal of Giura in the documentary.

•    Any other materials relevant to the claims outlined in this letter.

      Please ensure that no relevant evidence is destroyed, altered, or otherwise made unavailable. Failure to preserve such evidence may result in legal consequences, including claims of spoliation.

      We look forward to your prompt response to this matter. Should you have any questions or require clarification, please direct all communications to my attention at (215) 887-6641 or via e-mail at sfineman@sogtlaw.com. Thank you for your anticipated prompt response.

Very truly yours,

Samuel B. Fineman, Esquire
Counsel for Kristen Giura

cc\:    Kristen Giura